UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GENEVIEVE IDAR, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-10-217 |
| | § | |
| COOPER TIRE & RUBBER CO., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendant's Motion for Reconsideration. (D.E. 38.)

Defendant seeks reconsideration of the Court's November 11, 2010 Protective Order. (D.E. 35.)

Defendant contends the Protective Order does not adequately protect its trade secrets, primarily

because it allows some "sharing" of information. Having considered the motion and the

applicable law, the Court is of the opinion said motion (D.E. 38) should be DENIED.


SIGNED and ORDERED this 15th day of December, 2010.

_____
Janis Graham Jack
United States District Judge